$400

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DEAN L. COWLEY, SR. AND
HILLARY COWLEY, his wife
107 Harbor Road
Bellmawr, NJ 08031

        Plaintiffs

        v.

FREY BROTHERS, INC.
372 Puseyville Road
Quarryville, PA 17566

        Defendants

COMPLAINT

Civil No. **14 5208**

# COMPLAINT

## NATURE OF THE ACTION

The cause of action arises as a result of a slip and fall accident that occurred on October 1, 2012. On October 1, 2012 the plaintiff was present at a business facility owned and operated by the defendant, Frey Brothers, Inc. in Quarryville, Pennsylvania. This is an action in diversity between citizens of different States.

## JURISDICTION AND VENUE

1.    The plaintiffs are citizens of the State of New Jersey. The defendant is a citizen of the Commonwealth of Pennsylvania. The amount in controversy, without interest and costs exceeds the sum or value specified in 28 USC § 1332. Jurisdiction is conferred upon this Court pursuant to 28 USC §1331.

2.    Venue is proper in this district under 28 USC §1391(a) because the events giving rise to this litigation occurred in Pennsylvania.

## PARTIES

3. Plaintiffs, Dean L. Cowley Sr. and Hillary Cowley are individuals and citizens residing at 107 Harbor Road, Bellmawr, New Jersey 08031.

4. The defendant is a Pennsylvania Corporation licensed to conduct business in the Commonwealth of Pennsylvania with its principal place of business at 372 Puseyville Road, Quarryville PA 17566.

## STATEMENT OF CLAIMS

5. As a result of the negligence of the Defendant, plaintiff was caused to suffer severe and disabling injuries.

6. The defendants provide bulk mulch to members of the general public, and retailers.

7. The defendants manufacture, assemble, prepare, stain and otherwise generate mulch material from wood bi-products.

8. The defendant has a large facility where they conduct this business.

9. At all times material hereto the defendants acted through their duly authorized agents, servants, workman, and/or employees, who at all times material hereto were acting within the course and scope of that relationship.

10. On or about October 1, 2012 the plaintiff was a business invitee of the defendant, Frey Brothers, Inc. and was located at their facility, which is open to members of the general public located at 372 Puseyville Road, Quarryville, Pennsylvania.

11. The plaintiff was a business invitee of the defendants.

12. The plaintiff was on the loading dock receiving pallets of mulch when he was attacked by a wasp's nest which had been allowed to remain in the mulch and pallets which were being loaded onto the plaintiff's vehicle.

13. The defendant was aware or should have been aware of presence of the wasp nests which were frequent occurrences known to defendant, but unknown to plaintiff who was unfamiliar with the environment.

14. While on the loading dock the plaintiff was caused to fall due to a combination of the layout of the loading dock and the presence of the wasp nests.

15. The layout of the loading dock was under the control of the defendant at all relevant times.

16. As a result of the negligence of the defendants the plaintiff was caused to sustain injuries in about his head, neck, back, body, arms, legs, tendons, tissues, nerves and supporting structures along with a severe shock to his nerves and nervous system. The plaintiff particularly sustained a right leg fracture, broken ribs, lower back injury, disc herniations, radiculopathy, and headaches.

17. The plaintiff has been caused to undergo a course of medical treatment to his great detriment and loss. The plaintiff has incurred over fifty thousand dollars ($50,000.00) in medical expenses.

18. The plaintiff has been advised and therefore avers that all of his injuries are of a permanent nature and character.

19. As a result of the injuries sustained in this incident the plaintiff has been unable to be involved in his normal daily activities and has sustained a loss of loss of earnings and earnings capacity, the plaintiff has incurred lost earnings in an amount in excess of thirty four thousand dollars ($34,000.00) up to this date.

## COUNT I
## DEAN L. COWLEY vs. FREY BROTHERS, INC.

22. Plaintiff hereby incorporates by reference the preceding paragraphs of this Complaint as though each were set forth at herein at length.

23. The plaintiff has suffered pain and suffering. The plaintiff has been advised and therefore avers that all of his injuries are of a permanent nature and character.

24. The negligence of the defendant consisted of but was not limited to the following:

    1. Failure to warn the plaintiff of the dangerous conditions;

    2. Failure to properly light the area where the plaintiff fell;

3. Failure to properly secure the loading docks;

4. Failure to provide handrails, partition walls and/or other safety measures around the loading docks;

5. Failure to properly supervise and train their employees;

6. Failing to take reasonable safety precautions to keep the mulch in question from becoming a haven for wasps and wasps nest;

7. Failure to warn the plaintiff of the presence of the wasps or wasp nests;

8. Failure to make reasonable investigation regarding the condition of the mulch pallets and the loading docks;

9. Failure to properly monitor the processing of the mulch;

10. Failure to take reasonable precautions to keep wasps from nesting in the mulch;

11. Failure to properly operate or control the loading areas where plaintiff was working;

12. Failure to use due care.

WHEREFORE the plaintiff respectfully requests that judgment be entered in his favor in an amount in excess of Five Hundred Thousand Dollars ($500,000.00).

## COUNT II
## HILLARY COWLEY VS. FREY BROTHERS, INC.

25. Plaintiff incorporates by reference herein the proceeding paragraphs of this complaint as though the same were set forth at length herein.

26. At all-time material hereto plaintiff, Hillary Cowley was married to Dean L. Cowley and as a result of the injuries sustained by Dean L. Cowley she has sustained a loss of consortium.

WHEREFORE the plaintiff respectfully requests that judgment be entered in her favor in an amount in excess of Five Hundred Thousand Dollars ($500,000.00).

### **REQUESTED RELIEF**

WHEREFORE, Plaintiffs Dean L. Cowley and Hillary Cowley respectfully pray that this Court award the following relief:

a    Exercise jurisdiction over this matter;

b.    Award Plaintiff damages for past, present and future physical and mental pain and suffering and lost wages;

c.    Award Plaintiff their reasonable attorney fees and costs; and,

d.    Grant such other relief as the Court deems just proper and equitable; all of which is in excess of $500,000.00.

Respectfully submitted,

_____
Bryan A. George, Esquire
2337 Philmont Avenue, Suite 208
Huntingdon Valley, PA  19006
bryanageorge@verizon.net
(215) 938-8949

JS 44 (Rev. 12/12)                                    CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**Case 5:14-cv-05208-EGS   Document 1   Filed 09/10/14   Page 6 of 8**

Handwritten: 5:14-cv-5208 / 14 5208

## I. (a) PLAINTIFFS
DEAN L. COWLEY, SR. AND HILLARY COWLEY, his wife

**DEFENDANTS**
FREY BROTHERS, INC.

(b) County of Residence of First Listed Plaintiff: **NEW JERSEY**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **PENNSYLVANIA**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*  215-938-8949
BRYAN A. GEORGE, ESQUIRE
2337 PHILMONT AVENUE, SUITE 208
HUNTINGDON VALLEY, PA 19006

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* **28 USC SECTION 1332**
Brief description of cause: **PERSONAL INJURIES FROM MOTOR VEHICLE ACCIDENT**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

Stamp: SEP 10 2014

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES DISTRICT COURT** 14 5208

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 107 Harbor Road, Bellmawr, NJ 08031

Address of Defendant: 372 Pureyville Road, Quarryville, PA 17566

Place of Accident, Incident or Transaction: 372 Pureyville Road, Quarryville, PA 17566
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☐  No☒

Does this case involve multidistrict litigation possibilities?     Yes☐  No☒
RELATED CASE, IF ANY:
Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☒ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☒ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

**ARBITRATION CERTIFICATION**
(Check Appropriate Category)
I, Bryan A. George, Esquire, counsel of record do hereby certify:
☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: 9/11/14    _____ Attorney-at-Law    43625 Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 9/11/14    _____ Attorney-at-Law    43625 Attorney I.D.#

CIV. 609 (5/2012)

SEP 10 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

Dean L. Cowley, Sr. and
Hillary Cowley, his wife : CIVIL ACTION
v. :
Frey Brothers, Inc. : NO. 14 5208

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. (X)

9-8-2014          Bryan A. George, Esq.          Plaintiff
Date              Attorney-at-law                 Attorney for

215-938-8949      215-914-0897                   bryanageorge@verizon.net
Telephone         FAX Number                      E-Mail Address

(Civ. 660) 10/02

SEP 10 2014